```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )    2:02-cr-481-GEB
                                     )
12                 Plaintiff,        )
                                     )
13        v.                         )    RELATED CASE ORDER
                                     )
14  JOSE RAMOS, a/k/a RAFAEL REYES   )
    VARGAS,                          )
15                                   )
                   Defendant.        )
16  ─────────────────────────────────)
                                     )
17  UNITED STATES OF AMERICA,        )    2:08-cr-256-FCD
                                     )
18                 Plaintiff,        )
                                     )
19        v.                         )
                                     )
20  JOSE RAMOS, a/k/a PABLO RAMOS    )
    RAMIREZ, a/k/a RAFAEL VARGAS-REYES,)
21                                   )
                   Defendant.        )
22  ─────────────────────────────────)
```

23        On June 11, 2008, the United States filed a "Notice of
24   Related Cases" in which it states "[t]hese cases are related within
25   the meaning of Local Rule 83-123(a), in that both cases involve the
26   defendant's violations of the same statute, 8 U.S.C. § 1326.  In
27   the 2002 case, proceedings for a violation of supervised release
28

are pending.  The violation alleged in those proceedings is precisely the same violation alleged in the 2008 case."

Examination of the above-entitled matters reveals they are related within the meaning of Local Rule 83-123(a). Accordingly, the assignment of the matters to the undersigned judge is likely achieve judicial economy.

THEREFORE action 2:08-cr-256-FCD is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the other judge's initials.  Further, a status conference is scheduled to commence in action 2:08-cr-256-GEB at 9:00 a.m. on July 11,2008 in Courtroom 10.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  June 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge